# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

LARISA GUSEYNOV and ALIK GUSEYNOV,  )
                            )
        Plaintiffs,               )
                            )
v.                             )       Civil No. 3:09-0814
                            )       Judge Trauger
CITI MORTGAGE, INC.,         )       Magistrate Judge Bryant
                            )
        Defendant.            )

## O R D E R

On March 24, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 12), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiffs' Motion To Dismiss (Docket No. 10) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 19th day of April 2010.

                                           _____
                                          ALETA A. TRAUGER
                                          U.S. District Judge